IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **RICKY B. LEGGITTE,** )<br> )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>**LARRY LITTON, SR., CEO** )<br>**LITTON LOAN SERVICING,** )<br>**L.L.C.,** )<br> )<br>    Defendant. ) | CIVIL ACTION NO.<br>2:04cv831-T<br>(WO) |

## OPINION

Plaintiff filed this lawsuit asserting, among other things, violation of RESPA and TILA. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed in its entirety. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 17th day of May, 2005.

                                /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**