IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
RICKY B. LEGGITTE,             )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )       2:04cv831-T
                               )          (WO)
LARRY LITTON, SR., CEO         )
LITTON LOAN SERVICING,         )
L.L.C.,                        )
                               )
    Defendant.                 )
```

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 23) is adopted.

(2) This case is dismissed in its entirety.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 17th day of May, 2005.**

            /s/ Myron H. Thompson    
            **UNITED STATES DISTRICT JUDGE**